

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                              312-435-5670
**Clerk**

Date: 6/19/24

Clerk
United States District Court
District of Delaware

Re: Jaranin Charoen Company Liited v. Luciano et al

USDC Case Number: 24cv2562

Dear Clerk:

Pursuant to the order entered by Honorable **Jeffrey I. Cummings**, on 6/5/2024, the above record was

         X      electronically transmitted to District of Delaware

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                         Sincerely,
                                         Thomas G. Bruton, Clerk

                                         By:      /s/ G. Young
                                                     Deputy Clerk

New Case No. _____      Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016